**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PAUL SERRATO, | ) | NO. CV 11-1621-GHK(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| LINDA SANDERS, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge and the "Objection to Report and Recommendation, etc." ("the Objection"). The Court approves and adopts the Magistrate Judge's Report and Recommendation. Claims One and Two are properly before this Court under 28 U.S.C. section 2241 and have been fully litigated herein. The Objection fails to demonstrate sufficient cause for staying adjudication or for dismissing Claims One and Two other than with prejudice.

///

///

1     IT IS ORDERED that: (1) Claim One and Claim Two be denied and
2 dismissed with prejudice; and (2) Judgment be entered dismissing this
3 action.

5     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
6 the Magistrate Judge's Report and Recommendation and the Judgment
7 herein on Petitioner and counsel for Respondent.

9     LET JUDGMENT BE ENTERED ACCORDINGLY.

11     DATED: _____9/2_____, 2011.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE