UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SERRATO, | ) | NO. CV 11-1621-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed.

DATED: _____9/2_____, 2011.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE